United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-3862EA

_____

Carrie Woods Gray,                              *
                                                *
                    Appellant,                  *
                                                *      Appeal from the United States
            v.                                  *      District Court for the Eastern
                                                *      District of Arkansas.
City of Helena; Joann Smith,                    *
Individually and in her official capacity       *          [UNPUBLISHED]
as Mayor,                                       *
                                                *
                    Appellees.                  *

_____

Submitted:  April 17, 1998
Filed: April 22, 1998

_____

Before FAGG, WOLLMAN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Carrie Woods Gray appeals the district court's adverse grant of summary judgment on Gray's race-based employment discrimination claim.  Having reviewed the record and the materials submitted by the parties, we see no error by the district court. We also conclude that an extended discussion is unnecessary in this fact-intensive case. We believe the district court is correct, and we affirm on the basis of the district court's memorandum opinion and order.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.